UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLLEEN JUNE B.,<br><br>                         Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>                         Defendant. | Case No.:  20cv2505-KSC<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES AND EXPENSES [Doc. No. 17.]** |

On December 24, 2020, plaintiff Jolleen June B. commenced an action against Andrew M. Saul, Commissioner of Social Security, seeking review of a final adverse decision of the Commissioner.[1]  [Doc. No. 1.]  On December 21, 2021, pursuant to an agreement between the parties, the Court issued an Order remanding the case to the agency for further administrative proceedings.  [Doc. Nos. 14 and 15.]

Before the Court is the parties' Joint Motion for the Award and Payment of Attorney's Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C.

---

[1]  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi, who became the Acting Commissioner of Social Security on or about June 9, 2021, is automatically substituted in place of Andrew Saul as the defendant in this suit.

1

1  Section 2412(d) and Costs Pursuant to Title 28, United States Code, Section 1920.  [Doc.
2  No. 17.]  Based on the parties' agreement and the information presented in the Joint
3  Motion, IT IS HEREBY ORDERED that plaintiff, JOLLEEN JUNE B., is awarded
4  attorney's fees and expenses in the amount of THREE THOUSAND AND FIVE
5  HUNDRED DOLLARS ($3,500.00) under the Equal Access to Justice Act (EAJA),
6  28 United States Code, Section 1920.  This amount represents compensation for all legal
7  services rendered by counsel on plaintiff's behalf in connection with this civil action.
8  However, by agreement of the parties, this award is subject to the terms and conditions
9  set forth in the parties' Joint Motion [Doc. No. 17].
10        IT IS SO ORDERED.
11  Dated:  June 8, 2021

                                    Hon. Karen S. Crawford
                                    United States Magistrate Judge